**Order entered December 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00704-CR

**LIONEL EUGENE MCALISTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-82326-2018**

## ORDER

The reporter's record was filed December 4, 2019; volume 4 (the exhibit volume) did not

contain the exhibits. A corrected volume 4 containing the exhibits was filed December 12, 2019.

We **STRIKE** volume 4 of the December 4, 2019 reporter's record.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE